UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BRYAN STANLEY,
    Plaintiff,

    v.

HISTORIC NEWARK BASKET, LLC,
    Defendant.

Case No. 2:22-cv-1783
JUDGE EDMUND A. SARGUS, JR.

## JURY TRIAL DAY THREE
### Thursday, June 5, 2024

**Plaintiff's Counsel: Barton Keyes and Jonathan Bond**
**Defendant's Counsel: Pierce Walker and Laura Mills**

Counsel met with Judge Sargus outside of the Jurors. Plaintiff withdrew objection to defendant's 12(b)(1) Motion to Dismiss.  The parties stipulated to dismissing the case without prejudice subject to refiling in State Court.  Order to follow.